IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

_____

| | | |
|---|---|---|
| ROCKLER COMPANIES, INC. AND | ) | FILE NUMBER: 05-CV-01726-RPM-CBS |
| ROCKLER RETAIL GROUP, INC. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR DISMISSAL |
| PAGE DIGITAL, INCORPORATED AND | ) | |
| ISLAND PACIFIC, INC., | ) | |
| Defendants. | | |

_____

This matter came on before the Court upon the Stipulation between all parties hereto agreeing to the dismissal of the action with prejudice.

Based upon that Stipulation and the other filings herein:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, and without costs or disbursements being awarded to any of the parties.

Dated this 14th day of March, 2006.

BY THE COURT:

s/Richard P. Matsch

By    _____
RICHARD P. MATSCH, Senior
U.S. District Judge

1